**Order issued August 23, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

### NO. 01-11-00886-CV

---

## MORRELL MASONRY SUPPLY, INC., Appellant

## V.

## SHEPHERD LOFT II, L.P., Appellee

---

**On Appeal from Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 922968**

---

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the Fourteenth District of Texas: *Shepherd Loft II, L.P. v Morrell Masonry Supply, Inc.*, No. 14-10-01112-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies

of all orders, judgments, and opinions from this Court, if any.  The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Sherry Radack
Chief Justice Sherry Radack
Acting Individually